UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| RICARDO IRIVE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00498-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ROBERT HUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#31[1]) entered on July 26, 2012, recommending granting Defendant's Motion for Summary Judgment (#22) filed on March 9, 2012. Plaintiff did not file any objections. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#31) entered on July 26, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#31)

---

[1] Refers to court's docket number.

1  entered on July 26, 2012, is adopted and accepted, and Defendant's Motion for Summary Judgment
2  (#22) is GRANTED.
3     IT IS SO ORDERED.
4     DATED this 27th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE