UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICARDO IRIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT HUSTON, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:11-cv-00498-LRH-WGC <br><br> O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#31[1]) entered on July 26, 2012, recommending granting Defendant's Motion for Summary Judgment (#22) filed on March 9, 2012. Plaintiff did not file any objections. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#31) entered on July 26, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#31)

---

[1] Refers to court's docket number.

1  entered on July 26, 2012, is adopted and accepted, and Defendant's Motion for Summary Judgment
2  (#22) is GRANTED.
3      IT IS SO ORDERED.
4      DATED this 27th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE